FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 06, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CHARLES A. CLEVELAND; JOYCE J. MCCOWN; and EBERE JOY AKEGBU-CLEVELAND;<br><br>Plaintiffs,<br><br>vs.<br><br>DAVID H. WETMORE; and CHARLES ADKINS-BLANCH;<br><br>Defendants. | No. 2:23-CV-00258-MKD<br><br>ORDER ON STIPULATED MOTION TO DISMISS WITHOUT PREJUDICE<br><br>**ECF No. 9** |

Before the Court is the parties' Stipulated Motion to Dismiss Case Without Prejudice, ECF No. 9. LCivR 41(a)(1)(B) and Fed. R. Civ. P. 41(a)(1)(A)(ii) provide that a plaintiff may dismiss an action without a court order by filing a Stipulated Motion to Dismiss signed by all parties who have appeared. Plaintiff seeks dismissal without prejudice, without an award of fees or costs. The stipulation is signed by counsel for all parties.

Accordingly, **IT IS HEREBY ORDERED:**

1.      Pursuant to LCivR 41(a)(1)(B) and Fed. R. Civ. P. 41(a)(1)(A)(ii), all claims are **DISMISSED without prejudice**, without an award of fees or costs.

ORDER - 1

2.      All pending deadlines and hearings, if any, are **STRICKEN.**

3.      All pending motions, if any, are **DENIED as moot.**

     **IT IS SO ORDERED.**  The District Court Executive is directed to file this Order, provide copies to counsel, and **CLOSE** the file.

     **DATED** December 6, 2023.

_s/Mary K. Dimke_
MARY K. DIMKE
UNITED STATES DISTRICT JUDGE

ORDER - 2